

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2018

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

      Re:    United States v. Chuck Connors Person, et al., 17 Cr. 683 (LAP)

Dear Judge Preska:

      We write to respectfully request that the Court accept the oversized brief filed by the Government [Dkt. 60] in opposition to the Defendants' Motions to Dismiss the Indictment in the above-captioned case. The Government's brief exceeds the Court's twenty-page limit outlined in Your Honor's Individual Rules. Defendant Chuck Connors Person does not object to the Government's request, while Defendant Rashan Michel takes no position.

                                  Respectfully submitted,

                                  GEOFFREY S. BERMAN
                                United States Attorney

             By:          /s/
                    Robert L. Boone/Edward B. Diskant/
                    Noah Solowiejczyk/Eli J. Mark/Aline D. Flodr
                    Assistant United States Attorneys
                    (212) 637-2208/2294/2473/2431/1110

cc: Defense counsel (by email)