# EXHIBIT 1



Jonathan Bach
+1 212 479 6470
jbach@cooley.com

June 19, 2018

Robert Boone
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, New York 10007
Robert.Boone@usdoj.gov

Dear Robert:

I write to request particulars with respect to the following:

Paragraph 43 the Superseding Indictment alleges that it was an object of the conspiracy that Mr. Person would solicit, demand, accept and agree to accept something of value "intending to be influenced and rewarded in connection with a business, transaction, and series of transactions of [Auburn University]."

Paragraph 44 of the Superseding Indictment alleges that it was an object of the conspiracy that Mr. Michel would give, offer and agree to give something of value "with intent to influence and reward an agent of an organization, in connection with business, transactions, and series of transactions of such organization."

Paragraph 47 of the Superseding Indictment alleges that Mr. Person, aided and abetted by Mr. Michel, solicited, demanded, accepted and agreed to accept a thing of value "intending to be influenced and rewarded in connection with a business, transaction, and series of transactions of [an] organization . . . to wit, . . . in connection with the business of Auburn University."

For each of the three instances identified please state with specificity the "business, transactions and series of transactions" that were the object of the alleged intent to influence and reward or to be influenced and rewarded.

Thank you for your attention to this request.

Sincerely,

Jonathan Bach